IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV250-MU-02

| | | |
|---|---|---|
| STEVE MORRISON, | ) | |
|     Petitioner, | ) | |
| | ) | |
|     v. | ) | <u>ORDER</u> |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
|     Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on an initial review of the petitioner's "Petition Under 28 U.S.C. 2254 . . . ," filed June 15, 2006.

By his document, it appears that the petitioner is seeking <u>habeas</u> review for two separate North Carolina cases in which he was convicted in the Superior Court of Mecklenburg County. However, the rules governing <u>habeas corpus</u> proceedings permit the challenge of only one case per Petition. In addition, the petitioner has submitted his challenges in the form of a handwritten Petition on lined paper, as oppose to having completed a form Petition. Accordingly, the Court will direct the petitioner to amend his Petition as hereafter directed.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. That the petitioner shall amend his Petition to include challenges to only one case per Petition. Should the petitioner choose to challenge both of his cases at one time, he must pay

the $5.00 filing fee and file separate Petitions for each case.

2. That the petitioner shall submit such amended and/or additional Petition on the proper forms. For the petitioner's convenience, the Clerk shall enclose to the petitioner two (2) §2254 form Petitions along with a copy of this Order.

3. That within thirty (30) days from the date of this Order, the petitioner shall file an amended Petition for one of his cases with this Court. **Failure to file the amended Petition as herein directed could result in the summary dismissal of this action.**

**SO ORDERED.**

Signed: June 19, 2006

Graham C. Mullen
United States District Judge