UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-112
(3:06-cv-00250-GCM)

_____

In re: STEVE MORRISON,

    Movant

_____

O R D E R

_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2254 or 2255.

The Court denies the motion.

Entered at the direction of Judge Wilkinson with the concurrence of Judge Traxler and Senior Judge Hamilton.

    For the Court

    /s/ Patricia S. Connor, Clerk